## THOMAS W. SOLOMON, RESPONDENT, *v.* JOHN A. MIDDLETON, APPELLANT.

APPEAL from a judgment of the County Court of Kings county, in favor of plaintiff, in an action for work, labor and services.

The court, after examining the evidence in the case, was of opinion that the verdict of the jury should not be set aside.

*William Sutphen,* for the appellant.

*Westervelt & Greenfield,* for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN AND DONOHUE, JJ.

Judgment affirmed, with costs.